UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA CANO CANO,

Petitioner,

-against-

LADEON FRANCIS, *in his official capacity as Acting Field Office Director, New York Field Office, U.S. Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *in his official capacity as Secretary, U.S. Department of Homeland Security*; DAVID VENTURELLA, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*; and TODD BLANCHE, *in his official capacity as Attorney General of the United States*,

Respondents.

Case No. 1:26-cv-07927 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Respondents' September 15, 2026 letter. *See* Dkt. 8. In light of the government's representation that "there are no detention facilities within either the Southern or Eastern Districts of New York that house female detainees," *id.* at 1 n.1, the Court modifies its transfer injunction as follows: the Court's Order to Answer, Dkt. 6 at 3, is amended to state that, "Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the

Eastern District of New York, or the District of New Jersey absent further order of this Court."

Dated: September 16, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge