UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA CANO CANO,

Petitioner,

-against-

LADEON FRANCIS, *et al.*,

Respondents.

Case No. 1:26-cv-07927 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The in-person conference previously scheduled for September 25, 2026, at 10:00 a.m. is converted to a remote Microsoft Teams video conference. Counsel will receive log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 308 593 251#. Respondents shall coordinate with Petitioner's counsel to arrange for Petitioner's appearance by video for the conference.

Dated: September 23, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge