UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA CANO CANO,

Petitioner,

-against-

LADEON FRANCIS, *in his official capacity as Acting Field Office Director, New York Field Office, U.S. Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *in his official capacity as Secretary, U.S. Department of Homeland Security*; DAVID VENTURELLA, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*; and TODD BLANCHE, *in his official capacity as Attorney General of the United States*,

Respondents.

Case No. 1:26-cv-07927 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 11, 2026, Petitioner petitioned for a writ of habeas corpus under 28 U.S.C. § 2241, challenging her detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking immediate release, or, alternatively, a bond hearing. Dkt. 1 (the "Petition"). On September 22, 2026, the Government filed its opposition. Dkt. 12 ("Opp."). On September 24, 2026, Petitioner filed her reply. Dkt. 17 ("Reply"). The Court held a hearing on the Petition on September 25, 2026.

For the reasons stated on the record, the Petition is DENIED. As discussed with the Government at the hearing, ICE shall facilitate Petitioner's compliance with the Pre-Trial Intervention Agreement at Dkt. 12-11. The Clerk of Court is respectfully directed to CLOSE this case.

Dated: September 25, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge