**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ANGELA CANO CANO,

Petitioner,

-against-

LADEON FRANCIS, in his official capacity as Acting Field Office Director, New York Field Office, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and TODD BLANCHE, in his official capacity as Attorney General of the United States,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 7927 (JLR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 25, 2026, petition for a writ of habeas corpus is DENIED; accordingly, the petition is dismissed and the case is closed.

**DATED:** New York, New York
September 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**